

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| ISRAEL FLORES, |  | No. 08-15-00302-CV |
|  | § |  |
| Appellant, |  | Appeal from |
|  | § |  |
| v. |  | County Court at Law No. 3 |
|  | § |  |
| JOSE SANDOVAL, |  | of El Paso County, Texas |
|  | § |  |
| Appellee. |  | (TC # 2014-CCV03062) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF OCTOBER, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.